1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister Jr., Esq., SBN 111282
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  <u>8033 Linda Vista Road, Suite 200</u>
   <u>San Diego, CA 92111</u>
5  (858) 375-7385; (888) 422-5191 fax
   AmandaS@potterhandy.com
6  Attorneys for Plaintiff

7
   SAFARIAN CHOI & BOLSTAD LLP
8  DAVID C. BOLSTAD (SBN 157886)
   MICHAEL COLEMAN (SBN 295462)
9  555 S. Flower Street, Suite 650
10 Los Angeles, California 90071
   Phone: (213) 481-6565
11 Fax: (213)225-1146
   E-Mail: dbolstad(@safarianchoi.com
12 mcoleman@safarianchoi.com
13 Attorneys for Defendants
   Western Signature Properties, Inc. and
14 B & V Enterprises, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN SIGNATURE PROPERTIES, INC., a California Corporation;<br>B & V ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:19-CV-05416-VAP-FFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 12, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: August 12, 2020        SAFARIAN CHOI & BOLSTAD LLP

By: /s/ David C. Bolstad
    David C. Bolstad
    Attorneys for Defendants
    Western Signature Properties, Inc. and
    B & V Enterprises, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to David C. Bolstad, counsel for Western Signature Properties, Inc. and B & V Enterprises, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 12, 2020        CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff